834

No. 860.   UNITED STATES v. ILLINOIS PURE ALUMINUM Co.   March 10, 1947.   Petition for writ of certiorari to the Court of Claims denied.   *Acting Solicitor General Washington* for the United States.   *Walter G. Moyle, Ralph P. Wanlass* and *Ernest H. Oliver* for respondent.

No. 899.   KINNISON v. UNITED STATES.   March 10, 1947.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Myron G. Ehrlich* and *Richard L. Tedrow* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 950.   MORTON v. THOMAS, COMMUNITY SURVIVOR.   March 10, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Homer Jack Fisher* and *Lloyd E. Elliott* for petitioner. *Acting Solicitor General Washington, Sewall Key, Lee A. Jackson* and *Hilbert P. Zarky* for respondent.

No. 953.   SANITARY DISTRICT OF CHICAGO v. ACTIVATED SLUDGE, INC. ET AL.   March 10, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Ernest Buehler, Edmund D. Adcock* and *Ralph M. Snyder* for petitioner.   *Charles L. Byron* and *Gordon F. Hook* for respondents.

No. 982.   PURE OIL Co. v. PETROLITE CORPORATION, LTD.   March 10, 1947.   Petition for writ of certiorari to